*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  July 9, 2015        520001
_____

In the Matter of LILLIAN
    ROBERTS, as Executive
    Director of District
    Council 37, AFSCME, AFL-CIO,
    et al.,
                    Respondents,        MEMORANDUM AND ORDER
        v

ANDREW M. CUOMO, as Governor of
    the State of New York,
    et al.,
                    Appellants.
_____

Calendar Date:  May 26, 2015

Before:  Lahtinen, J.P., McCarthy, Rose and Clark, JJ.

_____

        Eric T. Schneiderman, Attorney General, Albany (Victor
Paladino of counsel), for appellants.

        Robin Roach, District Council 37, AFSCME, AFL-CIO, New York
City (Erica C. Gray-Nelson of counsel), for respondents.

_____

Lahtinen, J.P.

        Appeal from a judgment of the Supreme Court (Lynch, J.),
entered January 7, 2014 in Albany County, which partially granted
petitioners' application, in a proceeding pursuant to CPLR
article 78, to, among other things, annul a determination of
respondent State Budget Director to pay overtime to certain
overtime-ineligible employees.
        This appeal involves a dispute about the extent to which
certain state employees are entitled to overtime compensation for

work performed in the course of the declared extreme emergency resulting from Hurricane Sandy.  The dispositive issue is the same as was recently before us in Matter of Kent v Cuomo (124 AD3d 1185 [2015], lv denied 25 NY3d 906 [2015]) and, for the reasons set forth therein, the judgment must be reversed.  The remaining arguments, to the extent properly before us, are unavailing.

        McCarthy, Rose and Clark, JJ., concur.


        ORDERED that the judgment is reversed, on the law, without costs, and petition dismissed.




                        ENTER:


                        Robert D. Mayberger
                        Clerk of the Court